**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 12-00115 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL H. BRANTLEY | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is Defendant Michael H. Brantley's ("Brantley") appeal of a final judgment of the Magistrate Judge rendered on August 17, 2012 and entered on August 21, 2012. See Record Documents 9-12. The attorney appointed to represent Brantley has filed a brief in accordance with Anders v. California, 386 U.S. 738, 87 S.Ct. 1396 (1967). See Record Document 14. Brantley filed a *pro se* response on November 6, 2012. See Record Document 19.

The Court's independent review of counsel's brief, Brantley's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, appointed counsel is excused from further responsibilities herein and the **APPEAL IS DISMISSED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana this 24th day of January, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE